GILES *et al.* *v.* HAWKEYE GOLD-MINING CO. *et al.*

When a case is submitted on the abstract of appellant, and neither party makes an argument or files a brief, it will be presumed that the appeal is abandoned.

(Opinion filed October 18, 1898.)

Appeal from circuit court, Lawrence county.   Hon. A. J. PLOWMAN, Judge.

Action by William Giles and others against the Hawkeye Gold-Mining Company and others. Judgment for plaintiffs, and defendant Anson Higby appeals. Affirmed.

No briefs filed.

FULLER, J.    This case was submitted on the abstract of appelant at the October, 1897 term, and neither party has made an argument or filed a brief.    Ruled by Benedict v. Smith, 10 S. D, 35, 71 N. W. 139, it is presumed that the appeal is abandoned, and the order appealed from is affirmed.